# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Regions Bank
Plaintiff

v.

Comerica Bank
Defendant

3:14-CV-03607
Civil Action No.

## **CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff, Regions Bank

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

Regions Bank is the wholly owned subsidiary of Regions Financial Corporation.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Regions Financial Corporation

|               |                          |
|---------------|--------------------------|
| Date:         | 10/06/2014               |
| Signature:    | s/ Kevin P. Perkins      |
| Print Name:   | Kevin P. Perkins         |
| Bar Number:   | 24053420                 |
| Address:      | 14675 Midway Rd., Ste. 100 |
| City, State, Zip: | Addison, Texas 75001 |
| Telephone:    | (972) 646-3999           |
| Fax:          | (972) 692-0509           |
| E-Mail:       | kperkins@vszlaw.com      |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons